Omah L. Maney, Appellant, v. Phyllis M. Ewart and Others, Respondents. —Motion to dismiss appeal denied, with ten dollars costs. Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

New York Life Insurance Company, Plaintiff, v. Tony Wolf and Others, Defendants.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

Louis Rosenthal, Appellant, v. Richard A. Rendich, as Receiver, etc., and Others, Respondents — Record transmitted to the county clerk to correct his certification if it be a fact that the letters referred to in the affidavit of George Johnson were attached to the affidavit on file in his office. If the order appealed from does not correctly recite the papers upon which it was made, the remedy is to move at Special Term to resettle the order. Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

Tilly Schnurr, Appellant, v. Alexander Quinn, Respondent.— Motion denied, without costs. Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

Emma Seaman and Others, Appellants, v. Edward R. McLaury, as Executor, etc., and Others, Respondents.— Motion denied, without costs. Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

Harris Siegel, Respondent, v. Victor Rosenzweig, Appellant.— Motion denied on condition that the appeal be perfected and placed on the next calendar of this court, and that the appellant pay ten dollars costs of this motion within ten days; otherwise motion granted, with costs. Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

Patrick Simpson, Respondent, v. The Foundation Company, Appellant.— Motion denied, with ten dollars costs. Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

Reinhard Stork, Respondent, v. John D. Lymber, Appellant.— Motion denied, without costs. Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

Alfred E. Vass, Individually and as One of the Executors, etc., of Jennie S. Vass, Deceased, Respondent, v. William Seil and Others, Appellants; Respondents.— Motion to dismiss the appeal of the defendants William Seil and Chester Marshall granted, with ten dollars costs and disbursements to the plaintiff. Present — Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ.

Abraham Feinstein, Respondent, v. Michael T. Reynolds and Another, Appellants.— Judgment of the Municipal Court affirmed by default, with costs. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Israel Kaufman, Respondent, v. Julius Smith and Hyman Director, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.